MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MANISH KUMAR (CABN 269493)
Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    manish.kumar2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 13-00715 YGR |
| ) | |
| Plaintiff, ) | **ORDER DETAINING DEFENDANT PENDING** |
| ) | **TRIAL** |
| v. ) | |
| ) | |
| JEFFREY ORTIZ, ) | |
| ) | |
| Defendant. ) | |

    Defendant Jeffrey Ortiz is charged in an indictment with being a felon in possession of a firearm, in violation of 18 U.S.C. §922(g).  The United States moved for the defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f).

    On December 16, 2013, following a hearing pursuant to 18 U.S.C. § 3142(f), and considering the Pretrial Services report, the indictment filed in this case, the proffers by both parties, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered the defendant detained, as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  *See* 18 U.S.C. §§ 3142(e) and (f).  In particular, the Court noted the defendant's prior revocations of community supervision and history of controlled

No. CR 13-00715 YGR
DETENTION ORDER

1 substance offenses.

2     Defendant is ordered detained as no condition or combination of conditions in 18 U.S.C. §
3 3142(c) will reasonably assure the appearance of defendant as required and the safety of any other
4 person and the community.  Defendant is committed to the custody of the Attorney General or a
5 designated representative for confinement in a corrections facility separate, to the extent practicable,
6 from persons awaiting or serving sentences or held in custody pending appeal.  *See* 18 U.S.C. §
7 3142(i)(2). Defendant must be afforded a reasonable opportunity to consult privately with counsel.  *See*
8 18 U.S.C. § 3142(i)(3).  On order of a court of the United States or on request of an attorney for the
9 government, the person in charge of the corrections facility must deliver defendant to the United States
10 Marshal for a court appearance.  *See* 18 U.S.C. § 3142(i)(4).

11     IT IS SO ORDERED.

13 DATED: 12/23/2013

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

No. CR 13-00715 YGR
DETENTION ORDER