STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JEFFREY ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13 00715 YGR |
| ) | |
| Plaintiff, ) | ORDER REFERRING MATTER TO |
| ) | MAGISTRATE FOR CHANGE OF PLEA |
| vs. ) | |
| ) | |
| JEFFREY ORTIZ , ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Jeffrey Ortiz intends to change his plea under the terms of a Rule 11(C)(1)(c) plea agreement. IT IS THEREFORE STIPULATED AND AGREED that the Court may enter the following order referring the matter to Magistrate Judge Donna M. Ryu.

Dated: 20 March 2014                            _____/s/_____
                                                MANISH KUMAR
                                                Assistant United States Attorney


Dated: 20 March 2014                            _____/s/_____
                                                JEROME E. MATTHEWS
                                                Assistant Federal Public Defender

STIP/ORDER RE PLEA                1

1   With the agreement of the parties and with the consent of the defendant, the Court enters
2   the following order:
3   Pursuant to General Order 42, the Court finds that exceptional circumstances warrant the
4   referral of the above-captioned matter to Magistrate Judge Donna M. Ryu for a report and
5   recommendation on the acceptance of the defendant's guilty plea to take place on 24 March
6   2014 at 9:30 a.m.  Upon conducting such hearing, the Hon. Donna M. Ryu shall schedule the
7   matter for consideration of her report and recommendation on acceptance of the guilty plea, and
8   judgment and sentencing on 19 June 2014 at 2:00 p.m. in Courtroom 1 of this Court, Hon.
9   Yvonne Gonzalez Rogers presiding.
10  **IT IS SO ORDERED.**

12  Dated: March 21, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge